**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

SHERI REDEKER-BARRY,

    Petitioner,

vs.                                                       Case No. 2:07-cv-372-FtM-34DNF

UNITED STATES OF AMERICA,
AMSOUTH BANK,

    Respondents.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 54; Report), entered on November 8, 2007, recommending that AmSouth Bank's Motion to Dismiss (Dkt. No. 48; Motion) be granted and that the action be dismissed against Regions Financial Corporation, as successor to AmSouth Bank. See Report at 1, 6. On November 16, 2007, Petitioner filed her Reply to Nov. 8, 2007 Order to Dismiss AmSouth Bank (Dkt. No. 58; Reply), which has been construed as objections to the Report, see Order (Dkt. No. 70). In accordance with the Court's Order (Dkt. No. 70), Respondents responded to the Reply. See Response by United States to Petitioner's Objections to Report and Recommendation (Dkt. No. 71); AmSouth Bank's Response to Petitioner's Objections to Magistrate's Report and Recommendation (Dkt. No. 72; Response).[1]

---

[1] In the Motion and Response, Respondent AmSouth Bank indicates that Regions Financial Corporation is the successor to AmSouth Bank. See Motion at 1; Response at 1.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

A review of the Reply reveals that Petitioner does not object to the Magistrate Judge's recommendation in the Report. See Reply at 2 ("Petitioner wants to comment at this time, that she recognizes and concurs, with regard to AmSouth Bank, **this Court** lacks subject matter jurisdiction, and therefore, Petitioner will not object to this Order granting dismissal of AmSouth Bank from this case.") Instead, Petitioner only objects to the wording in the Report that "'there is no actual dispute or controversy between the Petitioner and AmSouth'" because she asserts that there is a controversy between Petitioner and AmSouth as there is an ongoing action in state court between these parties. See id.[2] However, upon review of the Report, it is clear that the Magistrate Judge was referring to this action and not commenting upon the validity of any action pending in state court. See Report at 5.

Therefore, based upon an independent examination of the record and a de novo

---

[2] In the Reply, Petitioner also complains that AmSouth Bank has failed to provide responses to discovery served on October 22, 2007. See Reply at 2-3. However, as even Petitioner concedes that Respondent AmSouth Bank should be dismissed from this action, there is no basis for obtaining discovery from AmSouth in this case. To the extent that this request relates to the state court lawsuit, that matter is for the state court judge to determine.

review of the legal conclusions, the Court concludes that Petitioner's objections should be overruled and the Magistrate Judge's recommendation should be accepted.

Accordingly, it is hereby **ORDERED**:

1. Petitioner's objections to the Report and Recommendation contained in Petitioner's Reply to Nov. 8, 2007 Order to Dismiss AmSouth Bank (Dkt. No. 58) are **OVERRULED**.

2. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 54) is **ACCEPTED**.

3. AmSouth Bank's Motion to Dismiss (Dkt. No. 48) is **GRANTED**, and this action is **DISMISSED** only as to Respondent Regions Financial Corporation, successor to AmSouth Bank.

**DONE AND ORDERED** at Fort Myers, Florida, this 9th day of April, 2008.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc1
Copies to:

Counsel of Record