**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

SHERI REDEKER-BARRY,

       Petitioner,

vs.                                               Case No.  2:07-cv-372-FtM-34DNF

UNITED STATES OF AMERICA,
AMSOUTH BANK,

       Respondents.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 73; Report), entered on January 18, 2008, recommending that the Motion by United States for Summary Judgment and Supporting Memorandum (Dkt. No. 57; Motion) be granted and that the Petition to Quash Summons (Dkt. No. 1; Petition) be denied. See Report at 11. Petitioner filed objections to the Report on February 1, 2008. See Opposition to Magistrate's Report and Recommendation (Dkt. No. 74; Objections). The Respondents have filed responses to the Objections. See AmSouth Bank's Response to Petitioner's Objections to Magistrate's Report and Recommendation (Dkt. No. 72), filed on January 14, 2008; Memorandum by United States in Response to Petitioner's Objections to Report and Recommendation (Dkt. No. 77), filed on February 21, 2008.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon de novo review, the Court will overrule the Objections and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1] However, the Court takes judicial notice that, after the Report was filed, the United States initiated a criminal proceeding against Petitioner. See United States v. Sheri Redeker Barry, et al., Case No. 2:08-cr-56-FtM-34SPC. While the criminal charges appear to be separate from the issues raised in the instant action, the Court will, nevertheless, stay the instant action and direct the parties to submit memorandum addressing whether the stay should remain in effect until the resolution of the criminal proceedings. Accordingly, it is hereby

**ORDERED**:

1.      Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 73) is **ADOPTED** as the opinion of the Court.

---

[1] In the objections, Petitioner contends that the Magistrate Judge erred by stating, in the Report, that IRS Agent Susan Stonier testified that she went to the courthouse and obtained a copy of the Order denying the Petition to Quash Summons. See Objections at 1; Report at 4. Petitioner also maintains that the Magistrate Judge erred by stating that she claims in her opposition to the Motion that two Criminal Investigation Division ("CID") agents appeared at her home in May 2005. See id. at 2; Report at 8. Petitioner is correct that Stonier indicated that she was unable to obtain a copy of the Order during her visit to the courthouse and that Petitioner testified that the CID agents came to her house in May 2006, and not in May 2005. See Transcript of Evidentiary Hearing on Petition to Quash Summons (Dkt. No. 69), filed on January 3, 2008, at 34, 59. Nevertheless, neither of these clarifications to the record are material to the findings made by the Magistrate Judge in the Report.

    2.      Petitioner's Opposition to Magistrate's Report and Recommendation (Dkt. No. 74) is **OVERRULED**.

    3.      The Petition to Quash Summons (Dkt. No. 1) is **DENIED**.

    4.      The Motion by United States for Summary Judgment and Supporting Memorandum (Dkt. No. 57) is **GRANTED**.

    5.      The instant action is **STAYED** pending further order of the Court.

    6.      On or before **July 7, 2008**, the parties shall submit memorandum addressing whether the stay should remain in effect until the termination of the criminal proceedings in Case Number 2:08-cr-56-FtM-34SPC.

**DONE AND ORDERED** at Fort Myers, Florida, this 6th day of June, 2008.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc3

Copies to:

Counsel of Record